Exhibit B



news

**Venaca's digital asset management system &**
**Optibase's digital video solution chosen by Lifetime Entertainment**

Solution Forms a Foundation for Lifetime's Multi Platform Digital Strategy

NEW YORK, April 24, 2006 -- Venaca, a leading provide of Digital Asset Management systems, and Optibase, Ltd. (NASDAQ:OI
leading provider of advanced digital video solutions, announced today that the Optibase customized professional digital video ing
developed with Venaca has been deployed by Lifetime Entertainment Services for the networks' transition from tape into a file ba:
environment.

When it is part of a Digital Asset Management (DAM) system, the integrated solution enables top quality video capture, EDL creat
annotation archive retrieval, editing and asset management at the same time. It incorporates Optibase's encoding technologies w
developed capabilities such as frame-accurate encoding engines, digital master (50 Mbps MPEG-2 IMX) and proxy ingest (3 Mbp
and MPEG-1), embedded audio, and decode while encode for the real time verification of the actual output content.

"Creating a master archive with quality files is a critical component of the foundation for a robust digital asset management systen
Bolten, Vice President of Sales, Venaca. "Optibase has proven itself an excellent technology partner for building such custom sys
require sophisticated technologies and complex integration."

"Our long time video expertise has enabled us to work closely with our customers to define the specifications, develop the softwar
the hardware platforms and provide a full system, up to the standards of a professional broadcaster," said Ofer Harari, VP of Prof
Services, Optibase. "On top of our renowned encoding technology, Lifetime Entertainment benefits from expert integration that re
comprehensive cost effective solution."

**About Optibase** Optibase provides professional encoding, decoding, video server upload and streaming solutions for telecom op
service providers, broadcasters and content creators. The company's platforms enable the creation, broadband streaming and pla
high quality digital video. Optibase's breadth of product offerings are used in applications, such as: video over DSL/Fiber network:
production for the broadcast and cables industries, archiving; high-end surveillance, distance learning; and business television.
Headquartered in Israel, Optibase operates through its fully owned subsidiary in Mountain View, California and offices in Japan, C
and Singapore. Optibase products are marketed in over 40 countries through a combination of direct sales, independent distribut
integrators and OEM partners. For further information, please visit www.optibase.com

©2006 Venaca, Inc. All rights reserved



### Venaca Customer Lifetime Television Network Wins Broadcast Engineering Excellence /
*Venaca S-Line MAM Technology Supports State-of-the-Art Technical Operations Center*

NEW YORK, NY, April 05, 2007 - Venaca, the proven experts in open MAM solutions, today announced that Venaca customer Lifetim Network has been honored with an Excellence award from Broadcast Engineering magazine. Lifetime was named the winner in the "N technology - network" category in recognition of its state-of-the-art Technical Operations Center in New York City. Venaca's S-Line me management solution provides the core technology enabling Lifetime's virtually tapeless delivery to air workflow.

"Venaca delivers the superior technology and broadcast production industry expertise that companies need to gain greater efficie generate more revenue from their media assets," said George Grippo, president and CEO of Venaca. "Lifetime's recognition by B Engineering is the latest testament to the value we bring in positioning companies for leadership today and in the future. We cong Lifetime, and are proud to be a part of their award-wining operations center."

*Broadcast Engineering's* sixth annual Excellence Awards represent "the highest quality in television, production and network tech Lifetime was selected from among 50 cutting-edge facilities. In particular, Lifetime was cited for "a centralized digital asset manag system . . . naturally blending the previously diverse cultures of broadcast and IT."

Venaca's S-Line platform is the industry's first truly scalable and fully open solution for any level of need, from "MAM-in-a-box" to enterprise-wide deployments. Venaca's S-Line helps companies cut cost and generate new revenue in transforming media archiv powerful money-making assets. Because it is based completely on open standards, S-Line gives customers the highest level of fl value while protecting and extending prior MAM technology investments.

**About Venaca**
Venaca, Inc. delivers superior Media Asset Management solutions to companies of all sizes. Venaca's S-Line is the industry's firs proven, open and scalable platform for cataloguing, accessing, re-purposing and distributing content across any platform at any ti years, Venaca has helped content owners respond quickly to market changes, delivering greater efficiencies at lower cost to gene revenue from media assets. S-Line's industry-standard architecture also protects and extends existing MAM technology investme more information visit www.venaca.com.

Media Contacts:

| Horn Group, Inc. | Venaca, Inc. |
|---|---|
| Rob Manfredo | Maggie Cassidy |
| 646-688-0585 | 212-660-2965 ext 2011 |
| rmanfredo@horngroup.com | mcassidy@venaca.com |