Exhibit C





The efficient platform for distributing content to any screen, any time.

news

## Venaca, Inc. announces completion of private placement with the Argentum Group and Analysis Corporation

NEW YORK, April 25, 2006 - Venaca Inc., a leading provider of Digital Asset Management Systems, announced the closing of its of institutional financing by funds managed by The Argentum Group and First Analysis Corporation, it was announced today by V( CEO, Thomas F. Burchill.

The funds will enable Venaca to continue to build on its existing technology and people infrastructure and be able to pursue rapidl developing growth opportunities.

"We are delighted that The Argentum Group and First Analysis have stepped up to make this significant financial commitment to \ Mr. Burchill said. "We are excited about the prospect of putting additional resources in place to serve our existing clients as well a us to forge new relationships in the fast growing digital asset management marketplace.

"The convergence of digital media, the arrival of consumers "third screen", thus, the emergence of a variety of digital distribution p rapidly and fundamentally changing the competitive dynamics for all Broadcast, Media, and Entertainment companies," said Walte Barandiaran, a Co-Founder and a Managing Partner of The Argentum Group. "We are extremely impressed with Venaca's digital management systems and look forward to a rapid market deployment of its technology. Venaca is well positioned for rapid growth are excited to be able to support them financially."

### About The Argentum Group

The Argentum Group is a New York-based private equity firm that provides expansion capital to rapidly growing small and mid-siz businesses with market leading potential. Argentum targets those industries experiencing rapid growth or undergoing fundamenta the areas of outsourced services, healthcare, and technology. Argentum serves as general partner of investment partnerships wit million of capital under management. Since its founding in 1988, Argentum has invested in over 100 companies across a broad ra industries. For more information, please visit: www.argentumgroup.com

### About First Analysis Corporation

First Analysis (www.firstanalysis.com) is a leading private growth equity Investor. It has one of the longest records (19 years) in pr capital investing. It has invested over $530 million, has created over $1.34 billion in fund liquidations, and has over $145 million in portfolio investments. First Analysis focuses on its three sectors of expertise: outsourced services, information technology, and ch enabled businesses, investing for expansion and growth in small and mid-size companies with established business models, high growth rates, and large-market leadership potential. Its goal is to help these companies establish highly profitable leadership posi' markets, assisting with strategy, recruitment, sales and marketing, and corporate development. For more information, please visit www.firstanalysis.com

For more information contact: