Exhibit D


Digital Asset Management Systems

August 1, 2006

Eric Bolten
11 Skytop Drive
Manchester, MA 01944

Dear Eric,

Please allow this letter to serve as confirmation that the company acknowledges that it owes you the following amounts, payable in cash, for past due commissions:

| | | |
|---|---|---|
| 2004 | $61,236.99 | |
| 2005 | $48,736.01 | |
| 2006 | $21,242.00 | (through August 31). |
| Total | **$142,991.00** | |

This total represents the amount due through 8/31/06. The Company has applied a 15% interest rate on the commissions due to you. Should you have any questions, please do not hesitate to ask.

Sincerely,

Thomas F. Burchill
Chief Executive Officer
Venaca