Exhibit E

Sept 1- December 31st 2006 Commission

| Project | | Receivable | Description | Rate |
|---|---|---|---|---|
| Turner Studios CRA | | $ 291,602.50 | License | 3% |
| Turner ED | | $ 43,031.25 | Service | 2% |
| Turner MTS | | $ 15,000.00 | Service | 2% |
| MTV | | $ 52,530.00 | License | 3% |
| Lifetime Television | | $ 70,000.00 | Service | 2% |
| Scripps Total | $1,358,400.00 Subsets: | $ 837,500.00 | License | 3% |
| | | $ 224,875.00 | Service | 2% |
| | | $ 296,025.00 | Service | 2% |
| Total | | $ 1,830,563.75 | | |

| Commission |
|---|
| $ 8,748.08 |
| $    860.63 |
| $    300.00 |
| $ 1,575.90 |
| $ 1,400.00 |
| $25,125.00 |
| $ 4,497.50 |
| $ 5,920.50 |
| $ 48,427.60 |