Exhibit G

Venaca  
12 Month Cash Flow

Confidential

| | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec | 12 Month Total Jan - Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Contracted | 1,389,400 | 226,597 | 247,875 | 261,000 | 92,098 | 61,000 | 221,000 | 111,000 | 11,000 | 11,000 | 11,000 | 11,000 | 2,653,970 |
| Sales Target | | | 321,714 | | | 643,429 | | | 1,286,857 | | | 804,286 | 3,056,286 |
| Total Revenue | 1,389,400 | 226,597 | 569,589 | 261,000 | 92,098 | 704,429 | 221,000 | 111,000 | 1,297,857 | 11,000 | 11,000 | 815,286 | 5,710,256 |
| Salaries & Benefits | 204,960 | 219,860 | 265,470 | 320,890 | 225,310 | 323,722 | 240,487 | 240,387 | 437,211 | 359,225 | 248,783 | 371,798 | 3,458,102 |
| Rent | 73,230 | | | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 253,230 |
| Intrest & Insurance | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 5,900 | 1,700 | 1,700 | 1,700 | 24,600 |
| Marketing / Shows | | | 10,000 | | 50,000 | | | | | 10,000 | 10,000 | 10,000 | 90,000 |
| Professional Fees | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Leases | 10,156 | 10,156 | 10,156 | 10,156 | 10,156 | 10,156 | 10,156 | 10,156 | 10,156 | 10,156 | 10,156 | 10,156 | 121,872 |
| Employee Travel | 15,000 | 10,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 75,000 |
| Other Expenses | 5,958 | 5,708 | 5,708 | 5,708 | 5,708 | 5,708 | 5,708 | 5,708 | 5,708 | 5,708 | 5,708 | 5,708 | 68,750 |
| Past Due Expenses | 202,557 | 42,824 | 42,824 | 34,411 | 34,411 | 32,346 | 24,471 | 22,276 | 26,102 | 19,793 | 18,200 | 18,262 | 518,452 |
| Moving/Security | 46,105 | | | (32,000) | | | | | | | | | 14,105 |
| Computer Soft/Hardware | 7,546 | 7,546 | 7,546 | 7,546 | 7,546 | 7,546 | 7,546 | 7,546 | 7,546 | 7,546 | 7,546 | 7,546 | 90,552 |
| Total Monthly | 571,713 | 302,994 | 353,604 | 378,511 | 365,031 | 411,378 | 320,268 | 317,974 | 522,823 | 444,328 | 332,293 | 455,370 | 4,776,356 |
| Cash Flow | 1,183,696 | 1,107,299 | 1,323,285 | 1,205,674 | 932,740 | 1,225,791 | 1,126,522 | 919,549 | 1,694,583 | 1,261,255 | 939,961 | 1,299,876 | |

## Venaca Sales Targets 2007

*Confidential*

| | | Jan - Mar<br>240 - 405 | Apr - June<br>480 - 810 | July - Sept<br>965 - 1620 | Oct - Dec<br>600 - 1010 | Total<br>Total |
|---|---|---|---|---|---|---|
| Software Licensing | 70.00% | 200,000 | 400,000 | 800,000 | 500,000 | 1,900,000 |
| Support | 18.00% | 36,000 | 72,000 | 144,000 | 90,000 | 342,000 |
| **Subtotal Software & Support** | | **236,000** | **472,000** | **944,000** | **590,000** | **2,242,000** |
| Professional Services | 30.00% | 85,714 | 171,429 | 342,857 | 214,286 | 814,286 |
| Total All | | 321,714 | 643,429 | 1,286,857 | 804,286 | 3,056,286 |