UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Application of

JOHN ERIC BOLTEN,

                           Petitioner,

For an Order of Attachment in Aid of Arbitration Pursuant to Rule 64 of the Federal Rules of Civil Procedure CPLR § 7502(c),

                    -against-

VENACA, INC.,

                        Respondent.

07 Civ. 3438 (PKC)

**ORDER TO SHOW CAUSE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/07

Upon petitioner John Eric Bolten's ("Petitioner") Verified Petition, the Exhibits attached thereto, and Petitioner's accompanying Memorandum of Law, it is hereby

ORDERED, that respondent Venaca, Inc. ("Respondent") show cause before this Court, Room 12C, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on May 23, 2007, at 10:15 a.m., or as soon thereafter as counsel may be heard, why an Order should not be entered, pursuant to Rule 64 of the Federal Rules of Civil Procedure and CPLR § 7502(c), directing the Sheriff of the City of New York, to levy, freeze and/or attach the operating accounts held by Respondent at the Bank of America, and any other accounts over which Respondent has a direct or indirect beneficial interest, in the amount of $250,000, in order to secure Respondent's financial obligations to Petitioner for earned commissions, liquidated damages, interest, and attorneys fees in aid of the arbitration Petitioner has commenced against Respondent, and it is hereby further

ORDERED that service of a copy of this Order and of the papers upon which is granted by hand delivery to Respondent at is corporate offices at 450 West 31st Street, New York, New York on of before May 14, 2007 shall be deemed good and sufficient service, and it is hereby further

ORDERED that any papers in opposition to this application and Order be delivered to Petitioner's counsel, Leonard F. Lesser, Esq., Simon Lesser PC, 420 Lexington Avenue, New York, New York 10170, so as to be received by no later than May 21, 2007.

ORDERED

Dated: New York, NY
May 1, 2007

_____
U.S.D.J.

[handwritten annotation: that Petitioner will be required to amend the complaint to reflect citizenship rather than residency. Petitioner shall file a memorandum of law in support of his application by May 7. serve as ordered]

2