```
-----Original Message-----
From: Wasiqa Qasuria [mailto:wqasuria@venaca.com]
Sent: Thursday, March 23, 2006 4:45 PM
To: 'Eric Bolten'
Subject: FW: BOLTEN, JOHN E -- New York, Mar 27



W


-----Original Message-----
From: PNR-american express one interactive
[mailto:pnr-notification@getthere.net]
Sent: Thursday, March 23, 2006 3:46 PM
To: undisclosed-recipients:
Subject: BOLTEN, JOHN E -- New York, Mar 27

**********************************************************************
Thank you for using American Express One Interactive Business Travel.  To
cancel or change your reservation, please call:   888-863-7366   24 hours 7
days.
**********************************************************************
**********************************************************************
CRS Locator # JQNIRW
 Airline Record Locator #1 DL-3DSWBG
 Airline Record Locator #2 US-DUJAFX

**********************************************************************
   Name(s) of people traveling:
   Passenger #1: John E Bolten
   Meal: standard

Carrier *1 DL
 Passenger #1 Number: 4002805259

Fare Details: BOS DL X/NYC 139.00YSH8355/ANH7 US ORF306.05N6X US
NYC231.63HA0N1X 676.68 END ZPBOSLGAORF XFBOS4.5LGA3 STNDBY/CHG FEE/NO
RFND/CXL BY FLT DT/


   Penalty: STNDBY/CHANGE FEE/NO RFND/CXL BY FLT DT/

**********************************************************************
   ITINERARY
 Flight/Equip.: Delta Airlines 1905  McDonnell Douglas MD-80
     Depart:   Boston (BOS)/Monday March 27 6:00 am
     Arrive:   New York (LGA)/Monday March 27 6:59 am
     Stops:    non-stop Miles:185 <BR>Seats Requested: DONE
     Class:    Coach

 Flight/Equip.: US Airways 4855 Operated by: US Airways Express-Colgan Air
Saab 340
     Depart:   New York (LGA)/Monday March 27 8:00 am
     Arrive:   Norfolk (ORF)/Monday March 27 9:45 am
     Stops:    non-stop Miles:296 <BR>Seats Requested: UNBL
     Class:    Coach

 Flight/Equip.: US Airways 4850 Operated by: US Airways Express-Colgan Air
Saab 340
     Depart:   Norfolk (ORF)/Monday March 27 7:10 pm
     Arrive:   New York (LGA)/Monday March 27 8:55 pm
     Stops:    non-stop Miles:296 <BR>Seats Requested:  4F
     Class:    Coach

     Total Airfare (including taxes and/or applicable fees)   USD 749.83
  Flight segments must be ticketed by close of business on March 24.
```

2

```
  Penalty / Deposit: STNDBY/CHANGE FEE/NO RFND/CXL BY FLT DT/


**********************************************************************
  AGENCY INFORMATION
  Agency: American Express One Interactive   (ATTN: RezPort Support)
          Miami, FL, United States
  Phone/Fax: 888-762-8728

**********************************************************************
  BILLING INFORMATION
  Name: John E Bolten
  Address: 30 West 21st Street
           New York, NY  10010
  Country: USA
  Day Phone: 212 243 5910
  Email: wqasuria@venaca.com
 Shipment: E-Ticket

**********************************************************************
  PAYMENT INFORMATION
  American Express Number: ON FILE
  Expires: ON FILE

**********************************************************************
  SPECIAL REQUESTS

**********************************************************************
  HAVE A GREAT TRIP!


--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.410 / Virus Database: 268.17.4/644 - Release Date: 1/22/2007


No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.467 / Virus Database: 269.6.6/795 - Release Date: 5/9/2007 3:07
PM
```