**From:** Wasiqa Qasuria [mailto:wqasuria@venaca.com]
**Sent:** Thursday, July 20, 2006 2:27 PM
**To:** ebolten@venaca.com
**Subject:** FW: Your JetBlue E-tinerary

w

**From:** JetBlue Reservations [mailto:mail@jetblueconnect.com]
**Sent:** Thursday, July 20, 2006 2:26 PM
**To:** wqasuria@venaca.com

5/21/2007

**Subject:** Your JetBlue E-tinerary




### You're all set!

Thanks for choosing JetBlue. Attached is the booking confirmation for your trip. Please review the confirmation carefully as it includes some important information about flying with us. Although you do not need this document to check in, we recommend that you print it out for your own reference.

Manage your flights online. It's fast and easy.

Find out what's showing on our DIRECTV® service. Print a program guide for your flight.

You can also access our Real-Time Flight Tracker to check the arrival or departure status of your trip.

Do-it-yourself check in. Now customers have two new ways to check in for their flights. At the airport, take advantage of our easy-to-use self-service kiosks to check in, select or assignments and print boarding passes. Or, from your home or office, check in using our new Online Flight Check-in tool, which is available up to 24 hours, but no less than 90 minutes, prior to your scheduled departure time.

Extra! Extra! Legroom! Those who would prefer two extra inches of legroom should pick between rows 11-26. Remember to pick the seat that's right for you. There's not a bad seat in the house.

We look forward to welcoming you aboard.

### Flight Summary

**John Bolten**
11 Skytop Drive
Manchester, MA 01944

| | |
|---|---:|
| Confirmation Number: | UKKWBG |
| | (manage flights) |
| Date Booked: | 20 Jul 06 |
| Modified: | 20 Jul 06 |
| Booked By: | INET |

| | Name | TrueBlue Number | Seats |
|---|---|---|---|
| Welcome Aboard: | JOHN BOLTEN | | View |

| Date | Flt | Depart | Arrive | Stops |
|---|---|---|---|---|
| 20 Jul 06 | 1012 | New York, JFK 4:40pm | Boston, MA 5:55pm | 0 |

Total for 1 customer

| | |
|---|---:|
| Fare: | 134.88 |
| Tax: | 13.42 |
| Security Fee: | 2.50 |
| Passenger Facility Charge: | 4.50 |
| **Total:** | **$155.30** |
| Visa: | $155.30 |
| **Balance Due:** | **$0.00** |

### Great Hotel Deals*

Click here for our best lodging deals

5/21/2007



Click here for more hotel search options
Click here for other travel deals

*Hotel availability is limited and may not be available at the rates quoted above.

DOMESTIC TRAVEL:
All JetBlue travel is via electronic ticketing, and fares must be purchased at time of reservation. All fares are one-way, nonrefundable and nontransferable. Changes and cancellations can be made by calling 1-800-JETBLUE (538-2583) prior to scheduled departure for a fee of $30 per person plus applicable fare adjustment. Save $5 by changing or canceling your flight online at jetblue.com. Any remaining balance will be placed in a JetBlue air-only credit and may be applied toward future travel for one year. If a reservation is not changed or canceled prior to scheduled departure, all money associated with the reservation is forfeited. DIRECTV service is not available on flights between New York City and Puerto Rico. All JetBlue flights arriving from or departing to San Juan, Puerto Rico will operate from Terminal 4 at New York's JFK International Airport. Flights to and from Newark, NJ are not affected. JetBlue provides beverage and snack service only. Other restrictions apply.

DOMESTIC TRAVEL NOTE:
* All JetBlue flights arriving from or departing to San Juan, Puerto Rico will operate from Terminal 4 at New York's JFK International Airport. Flights to and from Newark, NJ are not affected.
* Government-issued photo ID is required of all customers 18 years of age or older.
* Reservations are subject to cancellation if the customer is not present at the departure gate at least 10 minutes prior to scheduled departure.
* Each customer is allowed two checked bags up to 70 pounds each free of charge. Carry-on baggage is limited to one bag plus one personal item (e.g., purse, briefcase, laptop, etc.).

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATION OF LIABILITY:
Where a passenger's journey involves an ultimate destination or a stop in a country other than the country of departure, either the Warsaw Convention and the Hague Protocol, their amendments, and any special contracts of carriage embodied in applicable tariffs that waive Warsaw/Hague limits, or the Montreal Convention may apply to the entire journey including the portion within the countries of departure or destination and, in some cases, may limit the liability of the carrier for death or personal injury, delay, and for loss of or damage to baggage. The Montreal Convention, where applicable, does not impose, and special contracts voluntarily entered into by many carriers, including JetBlue, waive, the Warsaw/Hague limitations for compensatory damages arising out of personal injury or wrongful death caused by an accident, as defined by the applicable treaty. The names of carriers party to the special contracts are available at all ticket offices of such carriers and may be examined upon request.

NOTICE OF BAGGAGE LIABILITY LIMITS
For international transportation (including domestic portions) governed by the Montreal Convention, JetBlue's liability for baggage is limited to 1,000 SDRs (see, www.imf.org for current value) per passenger unless a higher value is declared and an extra charge is paid. For international transportation governed by the Warsaw Convention and the Hague Protocol and their amendments, JetBlue's liability for baggage is limited to $9.07 per pound for checked baggage and $400 per passenger for unchecked baggage unless a higher value is declared and an extra charge is paid. Special rules may apply to valuable articles. For domestic transportation, JetBlue's liability for baggage is limited to $2,800 per passenger. General baggage rules: As set forth more fully in its Contract of Carriage and international passenger rules tariffs, JetBlue will not be responsible for fragile or perishable goods. JetBlue assumes no liability for oversized, overweight or overpacked baggage, or for loss of or damage to baggage parts such as wheels, straps, pockets, pull handles, zippers, hanger hooks or other items attached to baggage. JetBlue will not be responsible for the following items in checked or unchecked baggage: money, jewelry including watches, cameras, camcorders, any type of electronic equipment, including computers, valuable papers or documents and other similar items as described in more detail in the Contract of Carriage.

NOTICE OF OVERBOOKING OF FLIGHTS
While JetBlue Airways does not intentionally overbook its flights, there is still a slight chance that a seat may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for a payment of the airline's choosing. If there are not enough volunteers JetBlue will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions persons denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and JetBlue's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.

NOTICE OF INCORPORATED TERMS
All travel on JetBlue, whether it is domestic or international travel, is subject to JetBlue's Contract of Carriage, the terms of which are incorporated herein by reference. International travel may also be subject to JetBlue's international passenger rules tariffs on file with the U.S. and other governments, and, where applicable, the Montreal Convention or the Warsaw Convention and its amendments and special contracts. Incorporated terms include, but are not restricted to:

1. Liability limitations for baggage, including special rules for fragile and perishable goods and the availability of excess valuation.
2. Liability limitations for personal injury or death.
3. Claims restrictions, including time periods within which passengers must file a claim or bring an action against JetBlue.
4. Rights of JetBlue to change the terms of contract.

5. Rules on reservations, check-in, and refusal to carry.
6. JetBlue's rights and limits on its liability for delay or failure to perform service, including schedule changes, substitution of aircraft or alternate air carriers, and rerouting.
7. Non-refundability of reservations.
8. The Contract of Carriage and tariffs may be inspected at all JetBlue airport customer service counters, and upon request you have the right to receive by mail a copy of the full text of the Contract of Carriage or tariffs. Additional information on items one through seven can be obtained on JetBlue's website at www.JetBlue.com or at any U.S. location where JetBlue transportation is sold.

v1.1.a

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.410 / Virus Database: 268.17.10/651 - Release Date: 1/24/2007

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.467 / Virus Database: 269.6.6/795 - Release Date: 5/9/2007 3:07 PM