```
-----Original Message-----
From: Wasiqa Qasuria [mailto:wqasuria@venaca.com]
Sent: Thursday, August 17, 2006 12:57 PM
To: 'Eric Bolten'
Subject: FW: BOLTEN, JOHN E -- Boston, Aug 17




W


-----Original Message-----
From: PNR-american express one interactive
[mailto:pnr-notification@getthere.net]
Sent: Thursday, August 17, 2006 12:56 PM
To: undisclosed-recipients:
Subject: BOLTEN, JOHN E -- Boston, Aug 17


**********************************************************************
Thank you for using American Express One Interactive Business Travel.  To
cancel or change your reservation, please call:   888-863-7366   24 hours 7
days.
**********************************************************************
**********************************************************************
CRS Locator # MADTCY
 Airline Record Locator #1 DL-D1QYFF

**********************************************************************
  Name(s) of people traveling:
  Passenger #1: John E Bolten
  Meal: standard

Carrier *1 DL
 Passenger #1 Number: 4002805259

Fare Details: NYC DL BOS139.00YSH8355/ANH7 139.00 END ZPLGA XFLGA4.5
NONEND/REF AGT ONLY DL



   Penalty: NONEND/REFUND AGT ONLY DL

**********************************************************************
  ITINERARY
 Flight/Equip.: Delta Airlines 1936  McDonnell Douglas MD-80
    Depart:   New York (LGA)/Thursday August 17 8:29 pm
    Arrive:   Boston (BOS)/Thursday August 17 9:37 pm
    Stops:    non-stop Miles:185 <BR>Seats Requested: DONE
    Class:    Coach

     Total Airfare (including taxes and/or applicable fees)  USD 159.72
  Flight segments must be ticketed by close of business on August 17.
  Penalty / Deposit: NONEND/REFUND AGT ONLY DL




**********************************************************************
  AGENCY INFORMATION
  Agency: American Express One Interactive   (ATTN: RezPort Support)
          Miami, FL, United States
  Phone/Fax: 888-762-8728

**********************************************************************
  BILLING INFORMATION
  Name: John E Bolten
  Address: 770 Broadway 2nd Floor
```

```
  Mail Stop: 2nd floor
            New York, NY  10003
   Country: USA
   Day Phone: 978 853 8482
   Email: wqasuria@venaca.com
 Shipment: E-Ticket

**********************************************************************
  PAYMENT INFORMATION
  Visa Number: ON FILE
  Expires: ON FILE

**********************************************************************
  SPECIAL REQUESTS

**********************************************************************
  HAVE A GREAT TRIP!


--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.410 / Virus Database: 268.17.10/651 - Release Date: 1/24/2007


No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.467 / Virus Database: 269.6.6/795 - Release Date: 5/9/2007 3:07 PM
```