**From:** Wasiqa Qasuria [mailto:wqasuria@venaca.com]
**Sent:** Tuesday, March 28, 2006 6:39 PM
**To:** ebolten@venaca.com
**Subject:** FW: Items for Eric's to do list

w

**From:** Heather Shankwiler [mailto:hshankwiler@venaca.com]
**Sent:** Tuesday, March 28, 2006 5:38 PM
**To:** 'Wasiqa Qasuria'

**Cc:** 'Heather Shankwiler'; 'Maggie Cassidy'
**Subject:** Items for Eric's to do list

Here are items that need to go on Eric's list since you are now the "keeper":

1. Determine what functionality is being included in 4.0
2. What is the state of the skinning engine? When available? Who is working on it?
3. What is the state of the workflow engine? When available? Who is working on it?
4. Turner Studios:
   a. Meeting Wednesday 2 – 4 pm to discuss action items, delivery of training, delivery of skinning engine & outstanding gaps
   b. Meeting Thursday 12 – 12:30 pm to discuss MIR upgrade and transcoder mount bake-off
   c. Meeting Friday (FYI) 3 – 4 pm to review prelim project plan (Heather, Leif, Ellie & Ceisha)
   d. Outstanding questions & action items
   e. Transcoder licensing & pricing
   f. Deal breaker issues:
      i. Blue pen for Mac
      ii. Access to timely training
      iii. Access to GA 4.0 release
      iv. Access to skinning engine
      v. Ability to provide workflow per asset level
5. Scripps
   a. Talk to Eric Hoffert about proposed changes in SOW; accept only Chuck's changes
   b. Next SOW draft due back?
   c. Return Oracle call
   d. Contact Omnibus for Scripps pilot coordinate & NDA (John Waddle, VP technology, 303 237 4868 x308, john.wadle@omnibussystems.com)
   e. Send MSA contract for first round of reviews
6. Lifetime
   a. Turner Studios contact for  Gwynne McKonkey
   b. Outstanding delivery items
      i. Avid – DHM issues
      ii. Reverse audio scrub
      iii. Merge & close caption
      iv. Group & purge (archiving)
      v. Start time issue offset (see in Omneon & Harris – reported to Greg & Adrian)
   c. Sync needs with Studios/Scripps/MTV
6. Vela – see if latest improvements eliminate need for Stradis (Turner – Entertainment, ED)
7. Stradis – discuss options with Glenn Sirkis (cell: (404) 966-1575; office: 404-320-0110  Ext. 101)
8. Turner Entertainment : ED
   a. Outstanding UAT sign off
   b. Final trip for Greg for: transcoder verification, Fast Channel bug, transcoder bug
   c. Jack: approach of Vela vs. Stradis
   d. Enhancement sign off: ISCI kill/replace & Timecode restripe
9. Turner GameTap
   a. API v 2.0 to be in production by 4/5/06
   b. Possible zoo* outstanding bug (will verify after API v 2.0 moved to production)
   c. All other items removed and labeled "future state and enhancements/GameTap 2.0"
10. Turner MTS
    a. Still relying on EA resources to finalize testing and certify for production.
11. MTV
    a. Finalize SOW for Music Video Library project
    b. Answer Enterprise project questions

5/21/2007

      c.  Draft scope and pricing?
12. NAB client visits
13. CSTV?
14. Lime?
15. Follow up for:
      a.  Voxant?
      b.  Starz?


That's what I have so far. Feel free to keep adding or redefine as necessary.
-h

# Heather M. Shankwiler
**Venaca, Inc.**
www.venaca.com
Atlanta, GA

hshankwiler@venaca.com
404-966-8245

This e-mail, its content and any files transmitted with it are intended solely for the personal and confidential use of the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s) and may be legally privileged. Access by any other party is unauthorized without the express prior written permission of the sender. If you have received this e-mail in error you may not copy, disclose or disseminate to any third party or use the contents, attachments or information in any way. Please delete it immediately and notify the sender via the Venacá main telephone switchboard on 212.243.3270 or via an e-mail return to the sender.


--
No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.1.385 / Virus Database: 268.3.2/294 - Release Date: 3/27/2006


--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.410 / Virus Database: 268.17.4/644 - Release Date: 1/22/2007


No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.467 / Virus Database: 269.6.6/795 - Release Date: 5/9/2007 3:07 PM

5/21/2007