**SIMON ▪ LESSER** PC

Leonard F. Lesser
212.599.0360
llesser@simonlesser.com

Simon▪Lesser PC
420 Lexington Avenue
New York, New York 10170
T: 212.599.5455
F: 212.599.5459
www.simonlesser.com

**MEMO ENDORSED**

May 24, 2007

**By Hand**

Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, New York 10007

Re:   *John Eric Bolten v. Venaca, Inc.*, 07 Civ. 3438 (PKC)(FM)

Dear Judge Castel:

The undersigned represents petitioner John Eric Bolten ("Petitioner") in this proceeding. On behalf of all parties, I am pleased to inform the Court that the parties have settled their dispute.

Therefore no further action from the Court is necessary, given that the parties stipulated on the record yesterday at the close of the hearing to the dismissal of this proceeding.

Respectfully submitted,

Leonard F. Lesser (LL-4054)

cc:   Peter S. Samaan, Esq.,
      Respondent's counsel (by e-mail)

*[Handwritten endorsement:]* The above-captioned action is dismissed on consent of the parties without costs. SO ORDERED. USDJ 5-25-07